RECEIVED
FEB 20 2020
BY MAIL

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

Mary L White
4303 Hwy 61 Lot 7
Bloomsdale Missouri
63627

)
)
)
)
)
)
)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

(Genentech) - Roche Pharmaceutical Inc.
DNA Way 258 A South
San Francisco, CA. 94080

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

**Complaint for a Civil Case**

1. 20 CV 00041 RLW

Case No.
*(to be assigned by Clerk of District Court)*

Plaintiff requests trial by jury:
☒ Yes ☐ No

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the $400.00 filing fee or an application to proceed without prepaying fees or costs.*

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Mary L. White |
   | Street Address | 4303 Hwy 61 Lot 7 |
   | City and County | Bloomsdal |
   | State and Zip Code | Missouri 63627 |
   | Telephone Number | 314-809-2447 |
   | E-mail Address | m-white00@yahoo.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Genentech - Roche Pharmaceutical Inc. |
   | Job or Title | Pharmaceutical Inc. |
   | Street Address | DNA WAY 258 A South |
   | City and County | San Francisco, CA |
   | State and Zip Code | California 94080-4990 |
   | Telephone Number | (650) 225-4630 |
   | E-mail Address | https://www.gene.com |

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A. Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Bill of Rights

### B. Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

None

### C. Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1. The Plaintiff(s)

    The plaintiff, *(name)* Mary L White, is a citizen of the State of *(name)* Missouri.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2. The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____, is a citizen

of the State of *(name)* _____ Or is a citizen

of *(foreign nation)* _____.

If the defendant is a corporation

The defendant, *(name)* Genentech-Roche_____.

is incorporated under the laws of the State of *(name)*

Missouri_____, and has its principal place of

business in the State of *(name)* California_____ Or

is incorporated under the laws of the State of *(foreign nation)*

Missouri_____, and has its principal place

of business in *(name)* California_____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

2 million in actual damges to the phyical scaring of the intire body. 1.5 million in punitive damages

4

III.   **Statement of Claim**

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you? Was not warned of possible side effects Scaring of the intire body mental anguish
2. When did it happen? 2012
3. Where did it happen? my home + DR. offices
4. What injuries did you suffer? scaring of the entire body. Mental anger s.
5. What did each defendant personally do, or fail to do, to harm you?

Manufactur did not warn the public of the side effe of the danger/or death that may acure from the medication.

The year of 2012

My home + DR. offices

S. J. S. Scaring the entire body an mental stress, furtige, anxiety, Lost of memory. ext.

Munufactor did not post or lable warning of danger of the side effects of the medication an did not warn the pulbic of who should not take medication

IV.   **Relief**

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments. Asking the Honorable Court to award 2 million in actoul damages. 1.5 million in mental stress, anxity, Lost of memory, also asking for 500,000 Lost in Savuing an wages due to Lost of job. 70,000 in medical Bills that was ingu.red during the course of treatment an anything other that this Honorable Court fine just a fare in my award.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☐   No ☒

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒   No ☐

Do you claim punitive monetary damages?

Yes ☒   No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

2 million for the scaring of the entire body from the medication that the manufactur did not make aware to the plupic.

1.5 million in punitive damages due to mental defects that wasn't made aware of by compaihty an loss of job wages, joy, happiness, Love, affliction, Lost of memory for weeks,

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _15_ day of _Feburary_, 20 _20_.

Signature of Plaintiff(s) _[signature]_

6