UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

MARY L. WHITE,             )
                           )
        Plaintiff,         )
                           )
v.                         )        No. 1:20-CV-41 RLW
                           )
GENENTECH-ROCHE            )
PHARMACEUTICAL, INC.,      )
                           )
        Defendant.         )

## MEMORANDUM AND ORDER

Plaintiff moves for appointment of counsel. After considering the motion and the pleadings, the motion is denied without prejudice to refiling at a later time.

There is no constitutional or statutory right to appointed counsel in civil cases. *Nelson v. Redfield Lithograph Printing*, 728 F.2d 1003, 1004 (8th Cir. 1984). In determining whether to appoint counsel, the Court considers several factors, including (1) whether the plaintiff has presented non-frivolous allegations supporting his or her prayer for relief; (2) whether the plaintiff will substantially benefit from the appointment of counsel; (3) whether there is a need to further investigate and present the facts related to the plaintiff's allegations; and (4) whether the factual and legal issues presented by the action are complex. *See Johnson v. Williams*, 788 F.2d 1319, 1322-23 (8th Cir. 1986); *Nelson*, 728 F.2d at 1005.

At this point in the litigation, plaintiff has indicated that she can adequately present her claims to the Court. Additionally, neither the factual nor the legal issues in this case are complex. The Court may entertain future motions for appointment of counsel as the case progresses.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel [Doc. #3] is **DENIED** without prejudice.

Dated this 26th day of March, 2020.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE